CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 1 5 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID MARTIN MOLLETTE III, | ) |
| Plaintiff, | ) Case No. 7:09CV00116 |
| v. | ) |
| | ) FINAL ORDER |
| FRANKLIN COUNTY JAIL, ET AL., | ) |
| | ) By: Glen E. Conrad |
| Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and is stricken from the active docket of the court.

ENTER: This 15th day of April, 2009.

_____
United States District Judge